STATE OF NEW JERSEY v. ROBERT COOPER.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND SKINNER.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ALVIN CONNERLY.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM JAMES BROWN.

September 17, 1985.

Petition for certification denied.